UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FERNANDO RODRIGUEZ LARA, § <br> *Petitioner* § <br> § <br> v. § <br> § <br> PAMELA JO BONDI, UNITED STATES § <br> ATTORNEY GENERAL; KRISTI NOEM, § <br> SECRETARY OF THE UNTIED STATES § <br> DEPARTMENT OF HOMELAND § <br> SECURITY; TODD LYONS, ACTING § <br> DIRECTOR OF UNITED STATES § <br> IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT; SYLVESTER M § <br> ORTEGA, FIELD OFFICE, DIRECTOR § <br> FOR DETENTION AND REMOVAL, U.S. § <br> IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT; BOBBY THOMPSON, § <br> WARDEN, SOUTH TEXAS DETENTION § <br> CENTER; AND UNITED STATES § <br> DEPARTMENT OF HOMELAND § <br> SECURITY, § <br> *Respondents* § | Case No. SA-25-CA-01581-XR |

**ORDER FOR SERVICE**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Fernando Rodriguez Lara, who is is a non-citizen currently in detention in the South Texas Detention Center in Pearsall, Texas, located in the Western District of Texas.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Pamela Jo Bondi, United States Attorney General; Kristi Noem, Secretary of the United States Department of Homeland Security; Todd Lyons, Acting Director of United States Immigration and Customs Enforcement; Sylvester

M. Ortega, Field Office, Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and United States Department of Homeland Security. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas Detention Center, 566 Veterans Drive, Pearsall, TX 78061, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 26th day of November, 2025.

                                                                    XAVIER RODRIGUEZ
                                                                    UNITED STATES DISTRICT JUDGE