UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO RODRIGUEZ LARA, *Plaintiff* | § § § | |
| v. | § § | Case No. SA-25-CA-01581-XR |
| PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF THE UNTIED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER M ORTEGA, FIELD OFFICE, DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; BOBBY THOMPSON, WARDEN, SOUTH TEXAS DETENTION CENTER; AND UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *Defendants* | § § § § § § § § § § § § § § § § § § § | |

## ORDER SETTING HEARING

On this day, the Court considered this Petition for Habeas Corpus and the accompanying motion for Temporary Restraining Order (ECF Nos. 1, 4). These matters are set for hearing on **Monday, December 15, 2025** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. The parties should be prepared to discuss all pending issues, including the relevance of the class-wide declaratory relief granted in *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance.

It is so **ORDERED**.

**SIGNED** this 9th day of December, 2025.

                                                XAVIER RODRIGUEZ
                                                UNITED STATES DISTRICT JUDGE