UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FERNANDO RODRIGUEZ LARA, § <br> *Petitioner* § <br> § <br> v. § <br> § <br> PAMELA JO BONDI, UNITED STATES § <br> ATTORNEY GENERAL; KRISTI NOEM, § <br> SECRETARY OF THE UNTIED STATES § <br> DEPARTMENT OF HOMELAND § <br> SECURITY; TODD LYONS, ACTING § <br> DIRECTOR OF UNITED STATES § <br> IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT; SYLVESTER M § <br> ORTEGA, FIELD OFFICE, DIRECTOR § <br> FOR DETENTION AND REMOVAL, U.S. § <br> IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT; BOBBY THOMPSON, § <br> WARDEN, SOUTH TEXAS DETENTION § <br> CENTER; AND UNITED STATES § <br> DEPARTMENT OF HOMELAND § <br> SECURITY, § <br> *Respondents* § | Case No. SA-25-CA-01581-XR |

**ORDER RE-SETTING HEARING**

Due to a scheduling conflict, the hearing currently set for December 15, 2025, is **RE-SET** to **Tuesday, December 16, 2025,** at **11:00 a.m.** All other deadlines and settings remain unchanged.

It is so **ORDERED**.

**SIGNED** this 9th day of December, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE